UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY TARRER and RAYMOND GARLAND, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>PIERCE COUNTY, et al.,<br><br>    Defendants. | CASE NO. C10-5670BHS<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TRIAL AND PRETRIAL DEADLINES |

This matter comes before the Court on the parties' stipulated motion to extend trial and pretrial deadlines (Dkt. 36). The Court has reviewed the motion and the remainder of the file and hereby grants the motion.

Therefore, it is hereby **ORDERED** that the trial date is continued to January 31, 2012, and the clerk shall issue a new scheduling order with pretrial deadlines and hearings conforming to the new trial date.

DATED this 21st day of April, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER