UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY TARRER and RAYMOND GARLAND,

        Plaintiffs,

   v.

PIERCE COUNTY, et al.,

        Defendants.

CASE NO. C10-5670BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 65). The Court, having considered the R&R and Petitioner having filed no objections, does hereby find and order as follows:

   (1)   The R&R is **ADOPTED**; and

   (2)   Plaintiffs' motion for attorneys fees and costs is **GRANTED** as discussed in the R&R (Dkt. 65).

Dated this 27th day of September, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER